| Information to identify the case: | | |
|---|---|---|
| Debtor 1: | **Beverly J Outland**<br>First Name    Middle Name    Last Name | Social Security number or ITIN:  xxx–xx–7163<br>EIN:  _ _–_ _ _ _ _ _ _ |
| Debtor 2:<br>(Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN:  _ _ _ _<br>EIN:  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court:  Northern District of Illinois | | Date case filed for chapter:    13    6/12/26 |
| Case number:  26–09926 | | |

## Official Form 309I

## Notice of Chapter 13 Bankruptcy Case                                          10/20

**For the debtors listed above, a case has been filed under chapter 13 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors, the debtors' property, and certain codebtors. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 13 plan may result in a discharge. Creditors who assert that the debtors are not entitled to a discharge under 11 U.S.C. § 1328(f) must file a motion objecting to discharge in the bankruptcy clerk's office within the deadline specified in this notice. Creditors who want to have their debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office by the same deadline. (See line 13 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at  https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | **About Debtor 1:** | **About Debtor 2:** |
|---|---|---|---|
| 1. | **Debtor's full name** | Beverly J Outland | |
| 2. | **All other names used in the last 8 years** | aka Beverly Moore Fletcher | |
| 3. | **Address** | 1346 Normantown Rd<br>Naperville, IL 60564 | |
| 4. | **Debtor's attorney**<br>Name and address | David H Cutler<br>Cutler & Associates, Ltd.<br>4131 Main St.<br>Skokie, IL 60076 | Contact phone 847–673–8600<br>Email: cutlerfilings@gmail.com |
| 5. | **Bankruptcy trustee**<br>Name and address | Glenn B Stearns<br>801 Warrenville Road Suite 650<br>Lisle, IL 60532 | Contact phone 630–981–3888 |
| 6. | **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address.<br>You may inspect all records filed in this case at this office or online at  https://pacer.uscourts.gov. | Eastern Division<br>219 S Dearborn<br>7th Floor<br>Chicago, IL 60604 | Hours open:<br>8:30 a.m. until 4:30 p.m. except Saturdays, Sundays and legal holidays.<br>Contact phone 1–866–222–8029<br>Date: 6/15/26 |

**For more information, see page 2**

Debtor  **Beverly J Outland**                                                                                  Case number **26–09926**

| | | |
|---|---|---|
| **7. Meeting of creditors**<br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **July 15, 2026 at 10:30 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br><br>**Zoom video meeting. Go to Zoom.us/join, Enter Meeting ID 388 782 3554, and Passcode 4113122038, OR call 1–872–282–6946**<br><br>For additional meeting information, go to www.justice.gov/ust/moc . |

| | | |
|---|---|---|
| **8. Deadlines**<br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **Deadline to file a complaint to challenge dischargeability of certain debts:**<br><br>**You must file:**<br>• a motion if you assert that the debtors are not entitled to receive a discharge under U.S.C. § 1328(f) or<br>• a complaint if you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4). | **Filing deadline: 9/14/26** |
| | **Deadline for all creditors to file a proof of claim (except governmental units):** | **Filing deadline: 8/21/26** |
| | **Deadline for governmental units to file a proof of claim:** | **Filing deadline: 12/9/26** |
| | **Deadlines for filing proof of claim:**<br> A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office.<br>If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.<br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |

| | |
|---|---|
| **9. Filing of plan** | The debtor has filed a plan. The plan is enclosed. The hearing on confirmation will be held on:<br>**8/7/26** at **10:30 AM** , Location: **Courtroom 644, 219 S. Dearborn St, Chicago, IL 60604 or Using Zoom. To appear by video, use this link: https://www.zoomgov.com/ or to appear by telephone, call Zoom for Government at 1–669–254–5252 or 1–646–828–7666. Then enter the meeting ID 161 122 6457 and passcode Cleary644.**<br><br>**The Disclosure of Compensation has been filed. The attorney for the debtor is requesting fees of $ 5500.00**<br>Objections to confirmation of the Plan shall be filed at least 7 days prior to the confirmation hearing. If there are no objections, the Court may confirm the plan and allow fees requested by debtor's counsel to be paid through the plan. |
| **10. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadline in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. |
| **11. Filing a chapter 13 bankruptcy case** | Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts according to a plan. A plan is not effective unless the court confirms it. You may object to confirmation of the plan and appear at the confirmation hearing. A copy the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the property and may continue to operate the business, if any, unless the court orders otherwise. |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at  https://pacer.uscourts.gov. If you believe that the law does not authorize an exemption that debtors claimed, you may file an objection by the deadline. |
| **13. Discharge of debts** | Confirmation of a chapter 13 plan may result in a discharge of debts, which may include all or part of a debt. However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1328(f), you must file a motion by the deadline. |

United States Bankruptcy Court

Northern District of Illinois

In re:                                                                      Case No. 26-09926-DDC

Beverly J Outland                                                           Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1                          User: admin                          Page 1 of 3

Date Rcvd: Jun 15, 2026                       Form ID: 309I                         Total Noticed: 44

The following symbols are used throughout this certificate:

**Symbol**      **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 17, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Beverly J Outland, 1346 Normantown Rd, Naperville, IL 60564-5619 |
| 32104243 | + | Tbom/cci Mc, The Bank of Missouri, Attn: Bankruptcy, 906 N. Kingshighway, Perryville, MO 63775-1204 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: cutlerfilings@gmail.com | Jun 15 2026 22:59:00 | David H Cutler, Cutler & Associates, Ltd., 4131 Main St., Skokie, IL 60076 |
| tr | + | Email/Text: mcguckin_m@lisle13.com | Jun 15 2026 22:59:00 | Glenn B Stearns, 801 Warrenville Road Suite 650, Lisle, IL 60532-4350 |
| ust | + | Email/Text: USTPREGION11.ES.ECF@USDOJ.GOV | Jun 15 2026 23:00:00 | Adam G. Brief, Office of the U. S. Trustee, Region 11, 219 South Dearborn, Room 873, Chicago, IL 60604-2027 |
| 32104206 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | Jun 15 2026 22:59:00 | Aspire Credit Card, Attn: Bankruptcy, Po Box 105555, Atlanta, GA 30348-5555 |
| 32104207 | + | Email/Text: nlorenz@bankofmissouri.com | Jun 15 2026 23:00:00 | Bank of Missouri, Attn: Bankruptcy, Po Box 309, Perryville, MO 63775-0309 |
| 32104208 | + | EDI: TSYS2 | Jun 16 2026 02:44:00 | Barclays Bank, Attn: Bankruptcy, P.O. Box 8801, Wilmington, DE 19899-8801 |
| 32104211 | + | EDI: CRFRSTNA.COM | Jun 16 2026 02:44:00 | CFNA, Attn: Bankruptcy, Bk11customer Service Po Box 81315, Cleveland, OH 44181-0315 |
| 32104218 | | Email/Text: cfcbackoffice@contfinco.com | Jun 15 2026 23:00:00 | Continental Finance Co, Attn: Bankruptcy, Po.Box 3220, Buffalo, NY 12420 |
| 32104209 | | EDI: CAPITALONE.COM | Jun 16 2026 02:44:00 | Capital One, PO BOX 71083, Charlotte, NC 28272-1083 |
| 32104210 | ^ | MEBN | Jun 15 2026 22:57:05 | Cbna, Attn: Bankruptcy, one Tallman Road, Canton, NY 13617-3604 |
| 32104212 | + | Email/Text: omx-bnc-bk-notices@chime.com | Jun 15 2026 23:00:00 | Chime, Attn: Bankruptcy, 101 California Street, Suite 500, San Francisco, CA 94111-3580 |
| 32104213 | + | EDI: CITICORP | Jun 16 2026 02:44:00 | Citibank/Best Buy, Citicorp Cr SrvsCentralized Bankruptcy, Po Box 790046, St Louis, MO 63179-0046 |
| 32104214 | + | EDI: WFNNB.COM | Jun 16 2026 02:44:00 | Comenity Bank/Jared, Attn: Bankruptcy, P.O. Box 182125, Columbus, OH 43218-2125 |
| 32104215 | + | EDI: WFNNB.COM | Jun 16 2026 02:44:00 | Comenitycapital/ross, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 32104216 | + | EDI: PHINGENESIS | Jun 16 2026 02:44:00 | Concora Credit, Attn: Bankruptcy, Po Box 4477, |

District/off: 0752-1  User: admin  Page 2 of 3
Date Rcvd: Jun 15, 2026  Form ID: 309I  Total Noticed: 44

| | | | |
|---|---|---|---|
| | | | Beaverton, OR 97076-4401 |
| 32104217 | + EDI: PHINGENESIS | Jun 16 2026 02:44:00 | Concora Credit, Genesis FS Card Services, Po Box 4477, Beaverton, OR 97076-4401 |
| 32104219 | + Email/PDF: creditonebknotifications@resurgent.com | Jun 15 2026 23:05:20 | Credit One Bank, Attn: Bankruptcy Department, 6801 Cimarron Rd, Las Vegas, NV 89113-2273 |
| 32104229 | EDI: CITICORP | Jun 16 2026 02:44:00 | Macy's/ DSNB, Attn: Bankruptcy, 9111 Duke Boulevard, Mason, OH 45040 |
| 32104221 | + Email/Text: collecadminbankruptcy@fnni.com | Jun 15 2026 23:00:00 | Fnb Omaha, Attn: Bankruptcy, P.O. Box 3128, Omaha, NE 68103 |
| 32104220 | + Email/PDF: MerrickBKNotifications@Resurgent.com | Jun 15 2026 23:05:11 | Fingerhut Fetti/Webbank, Attn: Bankruptcy, 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |
| 32104222 | + Email/Text: Atlanticus@ebn.phinsolutions.com | Jun 15 2026 22:59:00 | Fortiva, Attn: Bankruptcy, P.O. Box 105555, Atlanta, GA 30348-5555 |
| 32104223 | ^ MEBN | Jun 15 2026 22:57:14 | Genesis Finance, Po Box 20835, Fountain Valley, CA 92728-0835 |
| 32104224 | + Email/Text: bankruptcy@webbank.com | Jun 15 2026 22:59:00 | Imagine Credit, Attn: Account ServicesBankruptcy, Po Box 105824, Atlanta, GA 30348-5824 |
| 32104225 | EDI: JEFFERSONCAP.COM | Jun 16 2026 02:44:00 | Jefferson Capital Systems, PO BOX 772813, Chicago, IL 60677-2813 |
| 32104226 | Email/Text: customerservice.us@klarna.com | Jun 15 2026 22:59:00 | Klarna Inc, 629 N High St, Suite 300, Columbus, OH 43215 |
| 32104227 | Email/PDF: resurgentbknotifications@resurgent.com | Jun 15 2026 23:05:30 | LVNV Funding, c/o Resurgent Capital Services, PO BOX 10587, Greenville, SC 29603-0587 |
| 32104228 | + Email/PDF: resurgentbknotifications@resurgent.com | Jun 15 2026 23:05:46 | LVNV Funding, c/o Resurgent Capital Services LP, PO Box 10497, Greenville, SC 29603-0497 |
| 32104230 | Email/Text: ml-ebn@missionlane.com | Jun 15 2026 22:59:00 | Mission Lane Tab Bank, Po Box 105286, Atlanta, GA 30348 |
| 32104231 | + Email/Text: netcreditbnc@enova.com | Jun 15 2026 23:01:00 | NetCredit, NetCredit Customer Support Team, Attn: B, 175 W. Jackson Blvd., Suite 600, Chicago, IL 60604-2948 |
| 32104233 | + EDI: AGFINANCE.COM | Jun 16 2026 02:44:00 | OneMain, PO Box 1010, Evansville, IN 47706-1010 |
| 32104234 | + Email/PDF: MerrickBKNotifications@Resurgent.com | Jun 15 2026 23:05:35 | Plusfinance/cws, Attn: Bankruptcy, P.O.Box 9203, Old Bethpage, NY 11804-9003 |
| 32104235 | + EDI: PRA.COM | Jun 16 2026 02:44:00 | Portfolio Recovery Associ, PO BOX 12914, Norfolk, VA 23541-0914 |
| 32104236 | EDI: Q3G.COM | Jun 16 2026 02:44:00 | Quantum3 Group, PO BOX 2489, Kirkland, WA 98083-2489 |
| 32104237 | Email/Text: bankruptcy.notices@sparrowcard.com | Jun 15 2026 23:00:00 | Sparrow Fncl, Sparrow, Attn: Bankruptcy, 9450 Sw Gemini Dr. #87446, Beaverton, OR 97008 |
| 32104238 | + EDI: AGFINANCE.COM | Jun 16 2026 02:44:00 | Springlf Fin, Po Box 1010, Evansville, IN 47706-1010 |
| 32104239 | + EDI: SYNC | Jun 16 2026 02:44:00 | Synchrony Bank/Gap, Attn: Bankruptcy Dept, P.O. Box 965065, Orlando, FL 32896-5065 |
| 32104240 | + EDI: SYNC | Jun 16 2026 02:44:00 | Synchrony Bank/Walmart, PO Box 960012, Orlando, FL 32896-0012 |
| 32104241 | + EDI: SYNC | Jun 16 2026 02:44:00 | Synchrony/PayPal Credit, Attn: Bankruptcy, Po Box 965064, Orlando, FL 32896-5064 |
| 32104244 | Email/Text: bncmail@w-legal.com | Jun 15 2026 23:01:00 | TD Bank USA NA, % WEINSTEIN & RILEY PS, PO BOX 93024, Las Vegas, NV 89193-3024 |

District/off: 0752-1 | User: admin | Page 3 of 3
Date Rcvd: Jun 15, 2026 | Form ID: 309I | Total Noticed: 44

| | | | |
|---|---|---|---|
| 32104242 | + EDI: WTRRNBANK.COM | | |
| | | Jun 16 2026 02:44:00 | Target, co Financial & Retail Srvs, Mailstop BT POB 9475, Minneapolis, MN 55440-9475 |
| 32104245 | + EDI: TCISOLUTIONS.COM | | |
| | | Jun 16 2026 02:44:00 | Total Visa/tbom/vt, Po Box 84930, Sioux Falls, SD 57118-4930 |
| 32104246 | Email/Text: bknotice@upgrade.com | | |
| | | Jun 15 2026 22:59:00 | Upgrade, Inc., Attn: Bankruptcy, 275 Battery Street 23rd Floor, San Francisco, CA 94111 |

TOTAL: 42

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 32106825 | | Chana Moore |
| 32104232 | | Nuvell Credit Company LLC |

TOTAL: 2 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 17, 2026 | Signature: | /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 15, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Adam G. Brief | Ustpregion11.es.ecf@usdoj.gov |
| David H Cutler | on behalf of Debtor 1 Beverly J Outland cutlerfilings@gmail.com  r48280@notify.bestcase.com |
| Glenn B Stearns | stearns_g@lisle13.com |

TOTAL: 3